IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

LAURENCE FITZPATRICK,

                Plaintiff,                          JUDGMENT IN A CIVIL CASE

      v.                                                          Case No. 13-cv-27-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                Defendant.
_____

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.
_____

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, against plaintiff Laurence Fitzpatrick affirming the Commissioner's decision denying plaintiff's claim for disability benefits under the Social Security Act, 42 U.S.C. § 405(g).


     _____s/ A. Wiseman, Deputy Clerk_____         _____12/31/2013_____
           Peter Oppeneer, Clerk of Court                              Date