# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

**LAURENCE FITZPATRICK,**

        **Plaintiff,**

vs.                                                          **Case No.: 13-cv-27**

**CAROLYN COLVIN,**
    **Commissioner of Social Security,**

        **Defendant.**

## NOTICE OF APPEAL

    *Notice is hereby given* that Laurence Fitzpatrick, by his attorney, Dana W. Duncan, Duncan Disability Law, S.C. plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated December 31, 2013 and the judgment dated December 31, 2013 by Federal District Judge Barbara Crabb which affirmed the decision of the Defendant, Carolyn Colvin, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

    Dated this 31st day of January, 2014.

                                                            **DUNCAN DISABILITY LAW, S.C.**
                                                            Attorneys for the Plaintiff

                                                            /s/ Dana W. Duncan
                                                           _____
                                                           Dana W. Duncan
                                                          State Bar I.D. No. 01008917
                                                          3930 8th Street South, Suite 201
                                                          Wisconsin Rapids, WI 54494
                                                          (715) 423-4000