IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAURENCE FITZPATRICK,

    Plaintiff,

v.

                              Case No. 13-27

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

## ORDER GRANTING PARTIES' JOINT MOTION FOR AN INDICATIVE RULING ON A MOTION FOR RELIEF THAT IS BARRED BY A PENDING APPEAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62.1(a)(3)

This matter coming before the Court on the parties' joint motion, and the Court being fully informed, it is hereby:

ORDERED that the parties' joint motion for an indicative ruling on a motion for relief that is barred by a pending appeal pursuant to Federal Rule of Civil Procedure 62.1(a)(3) is GRANTED. The Court indicates that it is inclined to grant relief from its December 31, 2013 judgment should the court of appeals remand for that purpose.

Dated: Sept. 17, 2014

                                                _____
                                                Hon. Barbara B. Crabb
                                                United States District Judge