IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LAURENCE FITZPATRICK,

        Plaintiff,           JUDGMENT IN A CIVIL CASE

    v.          Case No. 13-cv-0027-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Laurence Fitzpatrick attorney fees and expenses in the amount of $18,000.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


    _____s/ A. Wiseman, Deputy Clerk_____     _____January 15, 2015_____
        Peter Oppeneer, Clerk of Court                   Date