IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LAURENCE FITZPATRICK,

                                                                                                             ORDER

                  Plaintiff,

                                                                                          13-cv-27-bbc

     v.

CAROLYN W. COLVIN,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Laurence Fitzpatrick by counsel, Dana Duncan, has moved for authorization of an award of attorney fees for representation of plaintiff in this court. The motion will be granted.

      According to counsel, plaintiff has been awarded $108,066.00 for social security disability back pay by defendant Carolyn W. Colvin, Acting Commissioner of Social Security. According to plaintiff's fee agreement with counsel, counsel is entitled to 25% of that award or $27,016.50. Counsel has previously been paid $18,000; he is due $9,016.50. The balance of the award, $18,000, is to be paid to plaintiff. Defendant does not oppose the payments or the amounts.

ORDER

      IT IS ORDERED that defendant Carolyn W. Colvin is directed to distribute

$9,016.50 to plaintiff's counsel, Dana Duncan, for attorney fees and $18,000 to plaintiff Laurence Fitzpatrick for social security disability back pay.

Entered this 26th day of April, 2016.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge